UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL BUXBAUM,<br><br>                      Plaintiff,<br><br>-against-<br><br>STEWART BUXBAUM and GERI BUXBAUM,<br><br>                      Defendants. | 25-cv-457 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    The Clerk of Court is directed to issue the summons requested by plaintiff Michael Buxbaum at Dkts. 5 and 6.

    SO ORDERED.

Dated: March 5, 2025
       New York, New York

                                                ARUN SUBRAMANIAN
                                                United States District Judge