UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL BUXBAUM,<br><br>      Plaintiff,<br><br>-against-<br><br>STEWART BUXBAUM and GERI BUXBAUM,<br><br>      Defendants. | 25-cv-457 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Plaintiff's motion for summary judgment is DENIED as the Court has dismissed this case with prejudice. *See* Dkt. 48. The Clerk of Court is directed to terminate the motion at Dkt. 50.

  SO ORDERED.

Dated: April 29, 2025
   New York, New York

                       ARUN SUBRAMANIAN
                       United States District Judge